JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KHINE KYAW,

                Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security
Administration,

                Defendant.

Case No. 8:25-cv-00448-SP

**JUDGMENT**

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: <u>March 31, 2026</u>

SHERI PYM
United States Magistrate Judge

1